**FILED**

NOV 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LWANDA OKELLO,<br>        Plaintiff in Propia Persona,<br>    v.<br>CARI M. DOMINGUEZ,<br>        Defendant(s). | No. C 04-2528 MHP<br>related case C 06-7921 MHP<br>**ORDER APPOINTING ASSISTED SETTLEMENT CONFERENCE PROGRAM COUNSEL** |

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and plaintiff having requested and being in need of counsel to assist him in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing plaintiff in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

Aaron Silberman is appointed as Special Assisted Settlement Conference Counsel. This appointment shall be pursuant to the terms of the Application and Declaration of Plaintiff to Participate in the Assisted Settlement Conference Program. This appointment and limited representation shall end upon the completion of the settlement conference and any follow-up activities agreed upon by the parties and the magistrate judge conducting the settlement conference, unless terminated earlier by the court.

///

///

Special Assisted Settlement Conference Counsel shall notify the court promptly upon the completion of the settlement conference and any follow-up activities. The court shall then issue an order relieving the Special Settlement Conference Counsel from his limited representation of the plaintiff. Thereafter, the attorney who has served as Special Settlement Conference Counsel will only be permitted to represent the plaintiff upon order of the court if there is a signed written agreement under which the attorney agrees to provide such legal services.

IT IS SO ORDERED.

_Nov. 27, 2007_       By: _____
Dated                      Marilyn Hall Patel
                           United States District Judge