**FILED**

NOV 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

LWANDA OKELLO,
          Plaintiff in Propia Persona,

v.

CARI M. DOMINGUEZ,
          Defendant(s).

No. C 04-2528 MHP
related case C 06-7921 MHP

**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM**

    Plaintiff in this case has applied to participate in the court's Assisted Settlement Conference Program. Based on the court's review of plaintiff's Application for Assisted Settlement Conference, Declaration Applying for Assisted Settlement Conference and additional application materials, and plaintiff's acknowledgment that he has reviewed the description of the Assisted Settlement Conference Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Settlement Conference counsel,

    IT IS HEREBY ORDERED:

1. That the case be assigned to the Assisted Settlement Conference Program;
2. That Special Settlement Conference Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and Settlement Conference of this case; and

///

3. That the Settlement Conference shall be completed within ninety (90) days of the date of this order..

IT IS SO ORDERED.

_____11/30/07_____   By: _____
Dated                                              Marilyn Hall Patel
                                                          United States District Judge