UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Lwanda Okello<br>      Plaintiff,<br><br>V.<br>Cari M. Dominguez, Chair, U.S.<br>Employment Opportunity Com.<br>      Defendant. | No. C 04-2528 MHP (EDL)<br>Related to C 06-07921 MHP (EDL)<br><br>STIPULATED DISMISSAL OF THE<br>ENTIRE CAUSE OF ACTION |

IT IS HEREBY STIPULATED by and between the undersigned parties and their attorneys, that this action having been settled and compromised, it shall be dismissed with prejudice.

DATED: April 21, 2008

By: _____
Lwanda Okello, plaintiff pro se

For The Federal Defendants.

KEVIN V. RYAN
United States Attorney

DATED: 4/30/08

By: _____
JASON S. HEGY
EEOC

DATED: 4/30/08

By: _____
ABRAHAM A. SIMMONS
Assistant United States Attorney

5/6/2008

IT IS SO ORDERED
Judge Marilyn H. Patel